AO 91 (Rev. 11/11) Criminal Complaint — SAUSA Jill Bhalakia (312) 353-5159

**FILED**
9/30/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | CASE NUMBER: 25 CR 616 |
|---|---|
| v. | |
| JORGE LUIS HERNANDEZ-HERNANDEZ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 5, 2025, at Aurora, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a). | reentry of removed alien, by being present and found in the United States after having been previously removed on or about April 4, 2017 was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

_____
(Digitally signed by RENEE D FALS, Date: 2025.09.30 11:48:10 -05'00')

RENEE FALS
Deportation Officer, Immigration & Customs Enforcement (ICE)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 30, 2025

_____
*Judge's signature*

City and state: Chicago, Illinois

HEATHER K. MCSHAIN, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, RENEE FALS, being duly sworn, state as follows:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE) and have been employed by ICE for 18 years. My current responsibilities include the apprehension of criminal aliens. I have received training concerning immigration laws, policies, and procedures, including those related to the reentry of previously deported aliens. In particular, I have successfully completed basic immigration law enforcement training, as required by Title 8, Code of Federal Regulations, Section 287.5(e)(3)(iv).

2. This affidavit is submitted in support of a criminal complaint alleging that Jorge Luis HERNANDEZ-HERNANDEZ (HERNANDEZ) has violated Title 8, United States Code, Section 1326(a), Reentry of Removed Alien, by being present and found in the United States after having previously been removed. Because I submit this affidavit for the limited purpose of establishing probable cause to support a criminal complaint charging HERNANDEZ with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe establish that HERNANDEZ committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by other persons identified in

this affidavit, and my review of records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

4. According to DHS records, HERNANDEZ is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence. DHS records reflect that HERNANDEZ was born in Mexico in 1988.

5. According to DHS records, on or about April 3, 2017, HERNANDEZ was ordered removed from the United States to Mexico by an immigration official in McAllen, Texas.

6. On or about April 4, 2017, HERNANDEZ was removed from the United States to Mexico through Hidalgo, Texas.

7. According to DHS records, following his 2017 removal, HERNANDEZ reentered the United States.

8. DHS records reflect that HERNANDEZ has not applied for or received permission from the Secretary of the Department of Homeland Security to re-enter the United States.

9. DHS records reflect that on or about September 5, 2025, HERNANDEZ was arrested by the Aurora Police Department in Aurora, Illinois and fingerprinted. The fingerprints were electronically uploaded into the Federal Bureau of Investigations, Integrated Automated Fingerprint Identification System ("IAFIS").

10. On September 25, 2025, Homeland Security Investigations Forensic Laboratory conducted a fingerprint comparison analysis and verified that the person

arrested on September 5, 2025 is the same person who was removed from the United States on or about April 4, 2017.

11. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about September 5, 2025 at Aurora, Illinois, in the Northern District of Illinois, Eastern Division, HERNANDEZ, being an alien who last removed from the United States on or about April 4, 2017, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NOT.

RENEE FALS
Deportation Officer, Immigration & Customs Enforcement

SWORN TO AND AFFIRMED by telephone September 30, 2025.

Honorable HEATHER K. MCSHAIN
United States Magistrate Judge

3